DELGADO ET AL., PLAINTIFFS AND APPELLEES, *v.* DELGADO ET AL., DEFENDANTS (VIVÓ, APPELLANT).

APPEAL from the District Court of Ponce in an Action for Nullity of Partition of Estate. Change of Venue.

No. 2149.—Decided May 24, 1920.

CHANGE OF VENUE—WARRANTY—APPEARANCE—JUDICIAL NOTICE.—If the defendants in warranty are entitled to a change of venue, the defendant who summoned them in warranty is entitled to the benefit of such change although he had appeared in order to move for the summons and to give bond for a release from attachment, and in so holding the appellate court may take judicial notice of another record submitted at the same time.

The facts are stated in the opinion.

*Mr. J. D. Rodríguez* for the appellants.

*Messrs. J.* and *M. Tous Soto* for the appellees.

*Messrs. Largé & Zeno* for A. Lecaroz & Co., summoned in warranty.

MR. JUSTICE WOLF delivered the opinion of the court.

Luis Vivó is the appellant in this case. He was sued and cited Severiano Lecaróz and Manuel Lecaróz in warranty and eviction, as set forth in case of *Delgado et al. v. Delgado et al., ante,* page 465. In addition, however, he appeared and gave a bond for a release from attachment. He made the reservation that this appearance was solely in regard to the attachment.

We have decided in *Aparicio Brothers v. A. C. Christianson & Co.,* 23 P. R. R. 457, that an appearance to dissolve an attachment gives the court jurisdiction. It could perhaps be doubted whether a motion for a change of venue might not still be presented, but we shall not decide the question.

As this case and the *Delgado Case, supra,* were submitted on the same day and as the appellants in the latter case were clearly entitled to a change of venue, the law of that case is binding on the parties in this and we shall take judicial notice of the said previous record for the purposes of the

appeal. The whole case must be transferred and Vivó is en-titled to the benefit of the said transfer.

The judgment must be reversed and the change of venue made.

*Reversed.*

Chief Justice Hernández and Justices del Toro, Aldrey and Hutchison concurred.